UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER JONATHAN FOWLER

12-2098-Turnoff

CASE NO.   3:12-cr-
Ct. 1:     21 U.S.C. §§ 846,
           841(a)(1) and 841(b)(1)(C)
Forfeiture: 21 U.S.C. § 853

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning at a time unknown, but at least on or about October 3, 2011, continuing through on or about October 4, 2011, in Duval County, in the Middle District of Florida, and elsewhere,

CHRISTOPHER JONATHAN FOWLER,

the defendant herein, did knowingly, willfully and intentionally combine, conspire, confederate and agree with other persons both known and unknown to the grand jury, to possess with the intent to distribute Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

It was part of the conspiracy that the defendants would perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, the defendant, CHRISTOPHER JONATHAN FOWLER, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
DIIDRI W. ROBINSON
Assistant United States Attorney

By: _____
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Chief, Jacksonville Division

3

FORM OBD-34
APR 1991

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER JONATHAN FOWLER

No.

## INDICTMENT

Violations:

Ct. 1: 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)

A true bill,

_____
Foreperson

Filed in open court this ____ day of January, 2012.

_____
Clerk

Bail $ _____

GPO 863 e f

# United States District Court

**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAN 18 2012

Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.

CHRISTOPHER JONATHAN FOWLER

**WARRANT FOR ARREST**

CASE NUMBER: 3:12-cr-6-J-25 JRK

12-2098-Turnoff

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CHRISTOPHER JONATHAN FOWLER and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with conspiracy to possess with the intent to distribute Oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

Sheryl L. Loesch, Clerk
Name & Title of Judicial Officer

_____
Signature of Issuing Officer

_Marlene Kerley_
(By) Deputy Clerk

Bail fixed at $ _____

**Clerk, United States District Court**
Title of Issuing Officer

1-18-12 @ Jacksonville, FL
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |